IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., Plaintiff | : : : : | CIVIL ACTION 10-7017 |
| v. | : : : | |
| TSIC ACQUISITION, L.P., et al., Defendants | : : : | |

### ORDER

**AND NOW,** this 13th day of July, 2011, upon review of Moving Defendants' Motion to Dismiss [Doc. No. 6] and Plaintiff's opposition to that Motion [Doc. No. 11 and 12], and for the reasons set forth in the attached memorandum opinion, it is hereby **ORDERED** that Moving Defendants' Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**.  It is **GRANTED** as to the claims against Limited Partners Michael R Clair, M.D., William H. Hartz, M.D., Philip J. Moldofsky, M.D.,  Jay S. Rosenblum, M.D., Kenneth E. Brumberger, M.D., and Michael Carr, and **DENIED** as to the claims against TSIC Acquisition GP, Inc.

Plaintiff may amend its Complaint to cure deficiencies in its claims against the Limited Partners within twenty-one (21) days of the date of this Order.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**